IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HANS CORDOVA and ERICK ISLAS                              PLAINTIFFS

v.                    No. 4:25-cv-213-DPM

C.R. ENGLAND, INC. d/b/a ENGLAND
TRUCKING, INC. and JUNIOR KNOX                            DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 3 June 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2025